UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

MARIA MERCEDES ALICEA PLAINTIFF

V. CIVIL ACTION NO. 3:26-CV-453-KHJ-MTP

JACKSON CITY MAYORS, et al. DEFENDANTS

ORDER

Before the Court is Magistrate Judge Michael T. Parker's [6] Report and Recommendation. The Court adopts the [6] Report and dismisses this case with prejudice.

The [6] Report concludes that pro se Plaintiff Maria Mercedes Alicea's ("Alicea") [1] Complaint fails to state a claim for relief and recommends the Court dismiss her claims with prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii). R. & R. [6] at 9. The [6] Report notified Alicea that failure to object within 14 days would bar further appeal in accordance with 28 U.S.C. § 636. *Id.* Alicea has not objected to the [6] Report, and the time to do so has passed.[1]

When no party objects to a magistrate judge's report, the Court need not review it de novo. *See* 28 U.S.C. § 636(b)(1). Instead, the Court can apply the clearly erroneous, abuse-of-discretion, and contrary-to-law standard of review. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

[1] Alicea consented to electronic service in this case. *See* Consent Form [3]. The Court's CM/ECF System transmitted the [6] Report to her on August 21, 2026, making her objections due on September 4, 2026.

Finding the [6] Report neither clearly erroneous, an abuse of discretion, nor contrary to law, the Court ADOPTS it and DISMISSES this case with prejudice. In doing so, the Court has considered any arguments raised. Those arguments not addressed would not have altered the Court's decision. The Court will enter a separate final judgment consistent with this Order.

SO ORDERED, this 8th day of September, 2026.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE